**Order entered November 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01551-CV

### WARREN CHEN AND DYNACOLOR, INC., Appellants

### V.

### RAZBERI TECHNOLOGIES, INC., THOMAS J. GALVIN, LIVEOAK VENTURES PARTNERS 1A, L.P., KENNETH L. AND VIRGINIA T. BOYDA, AS TRUSTEES OF THE BOYDA FAMILY, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16568**

### ORDER

Appellants' joint motion to participate in oral argument, filed September 25, 2020, is **DENIED** as moot.

/John G. Browning/
JOHN G. BROWNING
JUSTICE